| | | | | |
|---|---|---|---|---|
| State v. Mildfelt | 111,952 | Denied | 09/14/2015 | Unpublished |
| State v. Mills | 109,948 | Denied | 07/24/2015 | Unpublished |
| State v. Mills | 110,579 | Denied | 09/14/2015 | Unpublished |
| State v. Minton | 105,639 | | | |
| | 105,640 | Denied | 07/21/2015 | Unpublished |
| State v. Mitchell | 111,678 | Denied | 09/23/2015 | Unpublished |
| State v. Mohr | 111,342 | Denied | 09/24/2015 | Unpublished |
| State v. Monroe | 110,307 | | | |
| | 110,308 | Denied | 07/27/2015 | Unpublished |
| State v. Moore | 110,170 | Denied | 07/21/2015 | Unpublished |
| State v. Moore | 109,787 | Denied | 10/07/2015 | Unpublished |
| State v. Mora | 111,460 | Denied | 07/22/2015 | Unpublished |
| State v. Moreland | 110,890 | | | |
| | 110,891 | Denied | 07/27/2015 | Unpublished |
| State v. Morones | 110,540 | Denied | 08/20/2015 | Unpublished |
| State v. Morris | 111,111 | | | |
| | 111,112 | Denied | 09/23/2015 | Unpublished |
| State v. Morrissey | 110,885 | Denied | 09/23/2015 | Unpublished |
| State v. Mottin | 109,877 | Denied | 07/21/2015 | Unpublished |
| State v. Mullen | 110,468 | Granted; cross-petition denied | 10/09/2015 | 51 Kan. App. 2d 514 |
| State v. Myshka | 111,218 | Denied | 09/23/2015 | Unpublished |
| State v. Neil | 111,488 | Denied | 09/23/2015 | Unpublished |
| State v. Newborn | 109,868 | Denied | 07/21/2015 | Unpublished |
| State v. Nicholson | 111,308 | Denied | 07/02/2015 | Unpublished |
| State v. Nicks | 110,330 | Denied | 07/22/2015 | Unpublished |
| State v. Nieves | 105,449 | Denied | 10/22/2015 | Unpublished |
| State v. North | 110,728 | Denied | 10/09/2015 | Unpublished |
| State v. Norwood | 109,419 | Denied | 07/22/2015 | Unpublished |
| State v. Odegbaro | 108,493 | Denied | 06/29/2015 | Unpublished |
| State v. Olivares | 110,313 | Denied | 07/21/2015 | Unpublished |
| State v. Ornelas | 110,059 | Denied | 07/21/2015 | Unpublished |
| State v. Ornelas | 110,060 | Denied | 07/21/2015 | Unpublished |
| State v. Orozco | 111,001 | | | |
| | 111,002 | Denied | 08/18/2015 | Unpublished |
| State v. Osburn | 109,740 | Denied | 07/21/2015 | Unpublished |
| State v. Osuna | 111,206 | Denied | 07/24/2015 | Unpublished |
| State v. Outland | 111,043 | Denied | 07/24/2015 | Unpublished |
| State v. Owens | 108,985 | Denied | 08/04/2015 | Unpublished |
| State v. Owens | 111,455 | Denied | 09/08/2015 | Unpublished |
| State v. Owens | 110,719 | Denied | 09/14/2015 | Unpublished |
| State v. Pack | 110,467 | Denied | 09/23/2015 | Unpublished |
| State v. Palmer | 110,624 | Denied | 09/14/2015 | Unpublished |
| State v. Pantoja-Dominguez | 109,227 | Denied | 06/29/2015 | Unpublished |
| State v. Parker | 108,602 | Denied | 07/22/2015 | Unpublished |